## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Hector Saldaña SR.
(Please print)

**STREET ADDRESS:** 2090 Foxtail Drive

**CITY/STATE/ZIP:** Aurora IL 60504

**PHONE NUMBER:** 630 · 851 · 6118

**CASE NUMBER:** 08CV4519
JUDGE COAR
MAGISTRATE JUDGE COLE

_Hector Saldaña Sr._
Signature

8·11·08
Date

**FILED**
AUG 1 1 2008  NR
Aug 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT